### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DEWAYNE RETTIG,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) |
| v. | )    Civil Action No. 2:16-338 |
| | ) |
| **UNITED STATES OF AMERICA,** | ) |
| | ) <br> ) |
| **Defendant.** | ) |

## JUDGMENT

AND NOW this 24th day of August, 2017, IT IS HEREBY ORDERED that Judgment is hereby entered in favor of the United States of America and against Dewayne Rettig.

BY THE COURT:

/s/ *Joy Flowers Conti*
Joy Flowers Conti
Chief United States District Judge